# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL KATEKOVICH ) | Bankruptcy No 17-24928-JAD |
| LYNN M. KATEKOVICH, ) | |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | Related to ECF No. 136 |
| PREMIER BANK, successor in ) | |
| interest to Home Savings Bank, ) | |
| successor by merger with The Home ) | |
| Savings and Loan Company of ) | |
| Youngstown, Ohio, ) | |
| ) | |
| Movant, ) | |
| vs. ) | |
| ) | |
| MICHAEL KATEKOVICH ) | FILED |
| LYNN M. KATEKOVICH ) | 4/5/21 1:20 pm |
| CHAPTER 7 TRUSTEE, ) | CLERK |
| ) | U.S. BANKRUPTCY |
| Respondents. ) | COURT - WDPA |

## ORDER OF COURT

AND NOW, this 5th day of April, 2021, it is hereby **ORDERED, ADJUDGED and DECREED** that Eric E. Bononi, Chapter 7 Trustee, SHALL file a response to the allegations contained within the Motion To Reopen filed at ECF No. 136 on or before **April 12, 2021**.

It is **FURTHER ORDERED** that Trustee Bononi SHALL appear at the hearing scheduled to be held on **April 13, 2020** at **10:00 AM** via Zoom with Judge Deller .

DATE: April 5, 2021

_____ jsf
Jeffery A. Deller
United States Bankruptcy Court Judge

CASE ADMINISTRATOR SHALL SERVE:
Eric E. Bononi, Esquire
Michael J. Palumbi, Esquire
Robert O Lampl, Esquire
Office of United States Trustee